**DLF | DAMIANAKOS LAW FIRM, PLLC**
*ATTORNEYS & COUNSELORS AT LAW*

177 N. Church Ave., Suite 605
Tucson, Arizona 85701
Tel: (520) 222-8270
Fax: (520) 222-8274
Elias Damianakos, Esq.
Email: elias@damianakoslaw.com
State Bar No. 022850
Pima Attorney No. 66047
*Attorney for Defendant Joseph Kwadwo Badu Boateng*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | Case No. CR-23-00695-AMM-LCK-1 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **Motion To Continue Trial and Extend Plea Deadline** |
| ) | |
| Joseph Kwadwo Badu Boateng, ) | |
| ) | (Unopposed) |
| Defendant. ) | |
| _____ ) | Hon. Angela M. Martinez |

It is expected that excludable delay under 18 U.S.C. §3161(h)(7)(A) will occur as a result of this motion or from an order based thereon.

Defendant Joseph Kwadwo Badu Boateng, through counsel, requests a forty-five day continuance of the trial currently set for February 24th, 2026, and an extension of the plea deadline currently set for February 6th, 2026. The request is based on the following:

1.  Counsel for the Defendant and for the Government are working towards resolving the case without a trial. In order to comply with the deadlines, it is imperative that this matter be continued for 45 days. In addition, if plea negotiations prove unsuccessful, Defendant will need additional time to prepare for trial. Defendant waives all time limits.

2. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(A), (B)(i).

3. Assistant United States Attorney Jonathan Granoff has been contacted regarding this request and has no objection to a continuance.

RESPECTFULLY SUBMITTED this 6th day of February, 2026.

DAMIANAKOS LAW FIRM, PLLC.

*[signature]*

Attorney for Defendant Joseph Kwadwo Badu Boateng

Copy delivered electronically this date to:

All ECF Participants